Dennis Layman
***** six hundred twenty-seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

| **EMPLOYER** | **PAY PERIOD** | |
|---|---|---|
| Weaver's Body Shop, Inc | Period Beginning | 2023-10-01 |
| 5670 Hanover Road Hanover, PA 17331 | Period Ending: | 2023-10-07 |
| | Pay Date: | 2023-10-13 |
| | Total Hours: | 41.70 |

**EMPLOYEE**

| **EMPLOYEE** | **OTHER PAY** | **Current** | **YTD** |
|---|---|---|---|
| **Dennis Layman** | | | |
| Dennis E Layman 385 South Center Street Hanover, PA 17331 | | | |

SSN: ***-**-9336

**MEMO: Direct Deposit**

| **BENEFITS** | **Used** | **Available** | **NET PAY: $627** |
|---|---|---|---|

| PAY | Hours | Rate | Current | YTD | | ADJUSTMENTS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Hanover Hourly Overtime | 1.7 | 31.5 | 53.55 | 333.9 | | LST- Hanover | -1.0 | -13.0 |
| Hanover- Hourly- Labor | 40.0 | 21.0 | 840.0 | 10156.8 | | Domestic Relations Payment Fee | -1.5 | -16.5 |
| | | | | | | Domestic Relations | -87.7 | -964.7 |

| TAXES | Current | YTD | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|
| York Adams | 8.94 | 104.9 | | Total Pay | 893.55 | 10490.7 |
| Medicare Employee Addl Tax | 0.0 | 0.0 | | Taxes | 176.35 | 2025.85 |
| Federal Withholding | 71.0 | 789.0 | | Adjustments | -90.2 | -994.2 |
| PA - Unemployment Employee | 0.62 | 7.34 | | | | |
| Medicare Employee | 12.96 | 152.12 | | | | |
| PA - Withholding | 27.43 | 322.07 | | | | |
| Social Security Employee | 55.4 | 650.42 | | | | |

**Net Pay**    **$627**

Dennis Layman
***** six hundred eighty-three point four four

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-12-24 |
| Period Ending: | 2023-12-30 |
| Pay Date: | 2024-01-05 |
| Total Hours: | 44.40 |

**EMPLOYEE**

**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA
17331

SSN: ***-**-9336

MEMO:

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $683.44**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly- Labor | 36.4 | 22.0 | 800.8 | 800.8 |
| Getty- Hourly- Holiday | 8.0 | 22.0 | 176.0 | 176.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Gettysburg | -10.0 | -10.0 |
| Domestic Relations Payment Fee | -1.5 | -1.5 |
| Domestic Relations | -87.7 | -87.7 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Unemployment Employee | 0.68 | 0.68 |
| Social Security Employee | 60.56 | 60.56 |
| PA - Withholding | 29.99 | 29.99 |
| Medicare Employee | 14.16 | 14.16 |
| Federal Withholding | 79.0 | 79.0 |
| York Adams | 9.77 | 9.77 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 976.8 | 976.8 |
| Taxes | 194.16 | 194.16 |
| Adjustments | -99.2 | -99.2 |

**Net Pay**    **$683.44**

Dennis Layman
***** four hundred seventeen point zero five

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-12-03 |
| Period Ending: | 2023-12-09 |
| Pay Date: | 2023-12-15 |
| Total Hours: | |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $417.05**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly Overtime | | 0.0 | 0.0 | 646.8 |
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |
| Getty-Hourly- Labor | | 0.0 | 0.0 | 3260.4 |
| Getty- Commissions | 1.0 | 500.0 | 500.0 | 500.0 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 176.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Hanover | 0.0 | -18.0 |
| Domestic Relations | 0.0 | -1754.0 |
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations Payment Fee | 0.0 | -30.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Withholding | 15.35 | 599.6 |
| Federal Withholding | 24.0 | 1520.0 |
| PA - Unemployment Employee | 0.35 | 13.67 |
| Medicare Employee | 7.25 | 283.19 |
| Social Security Employee | 31.0 | 1210.9 |
| York Adams | 5.0 | 195.3 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 500 | 19530.6 |
| Taxes | 82.95 | 3822.66 |
| Adjustments | 0 | -1812 |

**Net Pay**    **$417.05**

Dennis Layman
\*\*\*\*\* eight hundred sixty-three point zero five

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-12-03 |
| Period Ending: | 2023-12-09 |
| Pay Date: | 2023-12-15 |
| Total Hours: | 50.10 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: \*\*\*-\*\*-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

**NET PAY: $863.05**

| BENEFITS | Used | Available |
|---|---|---|

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 3260.4 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 176.0 |
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |
| Getty-Hourly Overtime | 10.1 | 33.0 | 333.3 | 646.8 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Hanover | 0.0 | -18.0 |
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations Payment Fee | -1.5 | -30.0 |
| Domestic Relations | -87.7 | -1754.0 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Withholding | 118.0 | 1496.0 |
| PA - Withholding | 37.25 | 584.25 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Medicare Employee | 17.59 | 275.94 |
| York Adams | 12.13 | 190.3 |
| PA - Unemployment Employee | 0.85 | 13.32 |
| Social Security Employee | 75.23 | 1179.9 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1213.3 | 19030.6 |
| Taxes | 261.05 | 3739.71 |
| Adjustments | -89.2 | -1812 |

**Net Pay**     **$863.05**

Dennis Layman
***** seven hundred forty-two point six seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

| PAY PERIOD | |
|---|---|
| Period Beginning | 2024-02-25 |
| Period Ending: | 2024-03-02 |
| Pay Date: | 2024-03-08 |
| Total Hours: | 44.90 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.0 | 40.0 |

**NET PAY: $742.67**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 8555.8 |
| Getty-Hourly Overtime | 4.9 | 33.0 | 161.7 | 1280.4 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations | -87.7 | -877.0 |
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations Payment Fee | -1.5 | -15.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee | 15.11 | 147.73 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Unemployment Employee | 0.73 | 7.13 |
| Federal Withholding | 87.0 | 811.0 |
| York Adams | 10.42 | 101.89 |
| Social Security Employee | 64.59 | 631.67 |
| PA - Withholding | 31.98 | 312.77 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1041.7 | 10188.2 |
| Taxes | 209.83 | 2012.19 |
| Adjustments | -89.2 | -902 |

**Net Pay**    **$742.67**

Dennis Layman
***** six hundred twelve point five nine

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-03-03 |
| Period Ending: | 2024-03-09 |
| Pay Date: | 2024-03-15 |
| Total Hours: | 28.20 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

**NET PAY: $612.59**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.0 | 40.0 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly- Labor | 28.2 | 22.0 | 620.4 | 9176.2 |
| Getty-Hourly Overtime | | 0.0 | 0.0 | 1280.4 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |
| Getty- Commissions | 1.0 | 250.0 | 250.0 | 250.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations | -87.7 | -964.7 |
| Domestic Relations Payment Fee | -1.5 | -16.5 |

| TAXES | Current | YTD |
|---|---|---|
| PA - Withholding | 26.72 | 339.49 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| York Adams | 8.7 | 110.59 |
| Social Security Employee | 53.96 | 685.63 |
| Medicare Employee | 12.62 | 160.35 |
| Federal Withholding | 66.0 | 877.0 |
| PA - Unemployment Employee | 0.61 | 7.74 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 870.4 | 11058.6 |
| Taxes | 168.61 | 2180.8 |
| Adjustments | -89.2 | -991.2 |

**Net Pay**   **$612.59**

Dennis Layman
***** seven hundred seventy-three point five two

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-12-10 |
| Period Ending: | 2023-12-16 |
| Pay Date: | 2023-12-22 |
| Total Hours: | 46.20 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $773.52**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly Overtime | 6.2 | 33.0 | 204.6 | 851.4 |
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 176.0 |
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |
| Getty- Commissions | | 0.0 | 0.0 | 500.0 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 4140.4 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations Payment Fee | -1.5 | -31.5 |
| Domestic Relations | -87.7 | -1841.7 |
| LST- Gettysburg | 0.0 | -10.0 |
| LST- Hanover | 0.0 | -18.0 |

| TAXES | Current | YTD |
|---|---|---|
| PA - Withholding | 33.3 | 632.9 |
| York Adams | 10.85 | 206.15 |
| PA - Unemployment Employee | 0.76 | 14.43 |
| Medicare Employee | 15.73 | 298.92 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Social Security Employee | 67.24 | 1278.14 |
| Federal Withholding | 94.0 | 1614.0 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1084.6 | 20615.2 |
| Taxes | 221.88 | 4044.54 |
| Adjustments | -89.2 | -1901.2 |

**Net Pay**   $773.52

Dennis Layman
***** one hundred thirty-two point three

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

| **EMPLOYER** | **PAY PERIOD** | |
|---|---|---|
| Weaver's Body Shop, Inc | Period Beginning | 2023-12-10 |
| Accounting Dept 55 Expedition Trl  Ste 2 | Period Ending: | 2023-12-16 |
| Gettysburg, PA  17325 | Pay Date: | 2023-12-22 |
| | Total Hours: | |

**EMPLOYEE**

**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $132.3**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 176.0 |
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |
| Getty-Hourly Overtime | | 0.0 | 0.0 | 851.4 |
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |
| Christmas Bonus | 150.0 | 150.0 | 150.0 | |
| Getty- Commissions | | 0.0 | 0.0 | 500.0 |
| Getty-Hourly- Labor | | 0.0 | 0.0 | 4140.4 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations Payment Fee | 0.0 | -31.5 |
| Domestic Relations | 0.0 | -1841.7 |
| LST- Hanover | 0.0 | -18.0 |
| LST- Gettysburg | 0.0 | -10.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Medicare Employee | 2.18 | 301.1 |
| PA - Withholding | 4.61 | 637.51 |
| York Adams | 1.5 | 207.65 |
| PA - Unemployment Employee | 0.11 | 14.54 |
| Federal Withholding | 0.0 | 1614.0 |
| Social Security Employee | 9.3 | 1287.44 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 150 | 20765.2 |
| Taxes | 17.7 | 4062.24 |
| Adjustments | 0 | -1901.2 |

**Net Pay**     **$132.3**

Dennis Layman
***** five hundred fifty-four point three two

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-11-19 |
| Period Ending: | 2023-11-25 |
| Pay Date: | 2023-12-01 |
| Total Hours: | 36.20 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $554.32**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly- Labor | 28.2 | 22.0 | 620.4 | 1500.4 |
| Getty-Hourly Overtime | | 0.0 | 0.0 | 62.7 |
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |
| Getty- Hourly- Holiday | 8.0 | 22.0 | 176.0 | 176.0 |
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations | -87.7 | -1578.6 |
| Domestic Relations Payment Fee | -1.5 | -27.0 |
| LST- Hanover | 0.0 | -18.0 |
| LST- Gettysburg | 0.0 | -10.0 |

| TAXES | Current | YTD |
|---|---|---|
| PA - Withholding | 24.45 | 512.28 |
| Federal Withholding | 59.0 | 1278.0 |
| Medicare Employee | 11.54 | 241.95 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Social Security Employee | 49.37 | 1034.56 |
| York Adams | 7.96 | 166.86 |
| PA - Unemployment Employee | 0.56 | 11.68 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 796.4 | 16686.5 |
| Taxes | 152.88 | 3245.33 |
| Adjustments | -89.2 | -1633.6 |

**Net Pay**     **$554.32**

Dennis Layman
***** six hundred seventy-six point nine nine

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-03-10 |
| Period Ending: | 2024-03-16 |
| Pay Date: | 2024-03-22 |
| Total Hours: | 42.30 |

**EMPLOYEE**

**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

**NET PAY: $676.99**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.0 | 40.0 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly Overtime | 2.3 | 33.0 | 75.9 | 1356.3 |
| Getty- Commissions | | 0.0 | 0.0 | 250.0 |
| Getty- Hourly-Holiday | | 0.0 | 0.0 | 352.0 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 10056.2 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations | -87.7 | -1052.4 |
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations Payment Fee | -1.5 | -18.0 |

| TAXES | Current | YTD |
|---|---|---|
| York Adams | 9.56 | 120.15 |
| PA - Unemployment Employee | 0.67 | 8.41 |
| Federal Withholding | 77.0 | 954.0 |
| Social Security Employee | 59.27 | 744.9 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Medicare Employee | 13.86 | 174.21 |
| PA - Withholding | 29.35 | 368.84 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 955.9 | 12014.5 |
| Taxes | 189.71 | 2370.51 |
| Adjustments | -89.2 | -1080.4 |

**Net Pay**   **$676.99**

Dennis Layman
***** seven hundred twenty point four

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-12-17 |
| Period Ending: | 2023-12-23 |
| Pay Date: | 2023-12-29 |
| Total Hours: | 44.10 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $720.4**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |
| Christmas Bonus | | 0.0 | 0.0 | 150.0 |
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 5020.4 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 176.0 |
| Getty- Commissions | | 0.0 | 0.0 | 500.0 |
| Getty-Hourly Overtime | 4.1 | 33.0 | 135.3 | 986.7 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations Payment Fee | -1.5 | -33.0 |
| Domestic Relations | -87.7 | -1929.4 |
| LST- Hanover | 0.0 | -18.0 |
| LST- Gettysburg | 0.0 | -10.0 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Withholding | 86.0 | 1700.0 |
| Medicare Employee | 14.72 | 315.82 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| York Adams | 10.15 | 217.8 |
| PA - Unemployment Employee | 0.71 | 15.25 |
| PA - Withholding | 31.17 | 668.68 |
| Social Security Employee | 62.95 | 1350.39 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1015.3 | 21780.5 |
| Taxes | 205.7 | 4267.94 |
| Adjustments | -89.2 | -1990.4 |

**Net Pay**     **$720.4**

Dennis Layman
***** six hundred seventeen point zero four

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
5670 Hanover Road Hanover, PA  17331

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-10-15 |
| Period Ending: | 2023-10-21 |
| Pay Date: | 2023-10-27 |
| Total Hours: | 40.00 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA
17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $617.04**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hanover Hourly Overtime | | 0.0 | 0.0 | 333.9 |
| Hanover- Hourly- Labor | 40.0 | 22.0 | 880.0 | 11717.2 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Hanover | -1.0 | -15.0 |
| Domestic Relations Payment Fee | -1.5 | -19.5 |
| Domestic Relations | -87.7 | -1140.1 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Medicare Employee | 12.76 | 174.74 |
| PA - Withholding | 27.02 | 369.98 |
| York Adams | 8.8 | 120.5 |
| Social Security Employee | 54.56 | 747.17 |
| Federal Withholding | 69.0 | 903.0 |
| PA - Unemployment Employee | 0.62 | 8.44 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 880 | 12051.1 |
| Taxes | 172.76 | 2323.83 |
| Adjustments | -90.2 | -1174.6 |

**Net Pay**     **$617.04**

Dennis Layman
***** six hundred seventy-nine point eight two

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

| PAY PERIOD | |
| --- | --- |
| Period Beginning | 2023-10-22 |
| Period Ending: | 2023-10-28 |
| Pay Date: | 2023-11-03 |
| Total Hours: | 42.50 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA
17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
| --- | --- | --- |

| BENEFITS | Used | Available |
| --- | --- | --- |

**NET PAY: $679.82**

| PAY | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Hanover Hourly Overtime | 2.5 | 33.0 | 82.5 | 416.4 |
| Hanover- Hourly-Labor | 40.0 | 22.0 | 880.0 | 12597.2 |

| ADJUSTMENTS | Current | YTD |
| --- | --- | --- |
| Domestic Relations | -87.7 | -1227.8 |
| Domestic Relations Payment Fee | -1.5 | -21.0 |
| LST- Hanover | -1.0 | -16.0 |

| TAXES | Current | YTD |
| --- | --- | --- |
| Medicare Employee | 13.96 | 188.7 |
| Federal Withholding | 79.0 | 982.0 |
| Social Security Employee | 59.67 | 806.84 |
| York Adams | 9.63 | 130.13 |
| PA - Unemployment Employee | 0.67 | 9.11 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Withholding | 29.55 | 399.53 |

| SUMMARY | Current | YTD |
| --- | --- | --- |
| Total Pay | 962.5 | 13013.6 |
| Taxes | 192.48 | 2516.31 |
| Adjustments | -90.2 | -1264.8 |

**Net Pay**      **$679.82**

Dennis Layman
***** eight hundred two point four seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

| PAY PERIOD | |
|---|---|
| Period Beginning | 2023-11-05 |
| Period Ending: | 2023-11-11 |
| Pay Date: | 2023-11-17 |
| Total Hours: | 47.40 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $802.47**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hanover Hourly Overtime | 7.4 | 33.0 | 244.2 | 660.6 |
| Hanover- Hourly- Labor | 40.0 | 22.0 | 880.0 | 14286.8 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Hanover | -1.0 | -18.0 |
| Domestic Relations | -87.7 | -1403.2 |
| Domestic Relations Payment Fee | -1.5 | -24.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee | 16.3 | 216.74 |
| PA - Unemployment Employee | 0.78 | 10.46 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Federal Withholding | 99.0 | 1142.0 |
| PA - Withholding | 34.51 | 458.89 |
| Social Security Employee | 69.7 | 926.74 |
| York Adams | 11.24 | 149.47 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1124.2 | 14947.4 |
| Taxes | 231.53 | 2904.3 |
| Adjustments | -90.2 | -1445.2 |

**Net Pay**    **$802.47**

Dennis Layman
***** seven hundred twenty point four seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 2023-12-31 |
| Period Ending: | 2024-01-06 |
| Pay Date: | 2024-01-12 |
| Total Hours: | 46.00 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA
17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $720.47**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty- Hourly- Holiday | 8.0 | 22.0 | 176.0 | 352.0 |
| Getty-Hourly- Labor | 38.0 | 22.0 | 836.0 | 1636.8 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations | -87.7 | -175.4 |
| Domestic Relations Payment Fee | -1.5 | -3.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Unemployment Employee | 0.71 | 1.39 |
| Federal Withholding | 83.0 | 162.0 |
| Social Security Employee | 62.75 | 123.31 |
| Medicare Employee | 14.68 | 28.84 |
| PA - Withholding | 31.07 | 61.06 |
| York Adams | 10.12 | 19.89 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1012 | 1988.8 |
| Taxes | 202.33 | 396.49 |
| Adjustments | -89.2 | -188.4 |

**Net Pay**    **$720.47**

Dennis Layman
***** six hundred point seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

| PAY PERIOD | |
|---|---|
| Period Beginning | 2024-02-11 |
| Period Ending: | 2024-02-17 |
| Pay Date: | 2024-02-23 |
| Total Hours: | 38.90 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $600.7**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly- Labor | 38.9 | 22.0 | 855.8 | 6795.8 |
| Getty- Hourly-Holiday | | 0.0 | 0.0 | 352.0 |
| Getty-Hourly Overtime | | 0.0 | 0.0 | 874.5 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations Payment Fee | -1.5 | -12.0 |
| Domestic Relations | -87.7 | -701.6 |
| LST- Gettysburg | 0.0 | -10.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee | 12.41 | 116.32 |
| PA - Unemployment Employee | 0.6 | 5.62 |
| Social Security Employee | 53.06 | 497.38 |
| Federal Withholding | 65.0 | 627.0 |
| PA - Withholding | 26.27 | 246.28 |
| York Adams | 8.56 | 80.23 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 855.8 | 8022.3 |
| Taxes | 165.9 | 1572.83 |
| Adjustments | -89.2 | -723.6 |

**Net Pay**    **$600.7**

Dennis Layman
***** four hundred ninety-six point zero two

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
5670 Hanover Road Hanover, PA  17331

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-09-24 |
| Period Ending: | 2023-09-30 |
| Pay Date: | 2023-10-06 |
| Total Hours: | 34.40 |

**EMPLOYEE**

**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $496.02**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hanover- Hourly- Labor | 34.4 | 21.0 | 722.4 | 9316.8 |
| Hanover Hourly Overtime | | 0.0 | 0.0 | 280.35 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Hanover | -1.0 | -12.0 |
| Domestic Relations Payment Fee | -1.5 | -15.0 |
| Domestic Relations | -87.7 | -877.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Federal Withholding | 51.0 | 718.0 |
| York Adams | 7.22 | 95.96 |
| Social Security Employee | 44.79 | 595.02 |
| PA - Unemployment Employee | 0.51 | 6.72 |
| PA - Withholding | 22.18 | 294.64 |
| Medicare Employee | 10.48 | 139.16 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 722.4 | 9597.15 |
| Taxes | 136.18 | 1849.5 |
| Adjustments | -90.2 | -904 |

**Net Pay**   **$496.02**

Dennis Layman
***** eight hundred eight point two seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-11-26 |
| Period Ending: | 2023-12-02 |
| Pay Date: | 2023-12-08 |
| Total Hours: | 47.60 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA
17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $808.27**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 176.0 |
| Getty-Hourly Overtime | 7.6 | 33.0 | 250.8 | 313.5 |
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 2380.4 |
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Hanover | 0.0 | -18.0 |
| Domestic Relations | -87.7 | -1666.3 |
| Domestic Relations Payment Fee | -1.5 | -28.5 |
| LST- Gettysburg | 0.0 | -10.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Unemployment Employee | 0.79 | 12.47 |
| Federal Withholding | 100.0 | 1378.0 |
| York Adams | 11.31 | 178.17 |
| Medicare Employee | 16.4 | 258.35 |
| Social Security Employee | 70.11 | 1104.67 |
| PA - Withholding | 34.72 | 547.0 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1130.8 | 17817.3 |
| Taxes | 233.33 | 3478.66 |
| Adjustments | -89.2 | -1722.8 |

**Net Pay**   **$808.27**

Dennis Layman
***** six hundred fifty-five point three five

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2023-11-12 |
| Period Ending: | 2023-11-18 |
| Pay Date: | 2023-11-24 |
| Total Hours: | 41.90 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $655.35**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hanover Hourly Overtime | | 0.0 | 0.0 | 660.6 |
| Hanover- Hourly- Labor | | 0.0 | 0.0 | 14286.8 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 880.0 |
| Getty-Hourly Overtime | 1.9 | 33.0 | 62.7 | 62.7 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations | -87.7 | -1490.9 |
| LST- Gettysburg | -10.0 | -10.0 |
| LST- Hanover | 0.0 | -18.0 |
| Domestic Relations Payment Fee | -1.5 | -25.5 |

| TAXES | Current | YTD |
|---|---|---|
| Social Security Employee | 58.45 | 985.19 |
| Medicare Employee | 13.67 | 230.41 |
| Federal Withholding | 77.0 | 1219.0 |
| PA - Unemployment Employee | 0.66 | 11.12 |
| PA - Withholding | 28.94 | 487.83 |
| York Adams | 9.43 | 158.9 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 942.7 | 15890.1 |
| Taxes | 188.15 | 3092.45 |
| Adjustments | -99.2 | -1544.4 |

**Net Pay**   **$655.35**

Dennis Layman
***** eight hundred five point four seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-02-18 |
| Period Ending: | 2024-02-24 |
| Pay Date: | 2024-03-01 |
| Total Hours: | 47.40 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $805.47**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 7675.8 |
| Getty-Hourly Overtime | 7.4 | 33.0 | 244.2 | 1118.7 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations | -87.7 | -789.3 |
| Domestic Relations Payment Fee | -1.5 | -13.5 |

| TAXES | Current | YTD |
|---|---|---|
| York Adams | 11.24 | 91.47 |
| PA - Unemployment Employee | 0.78 | 6.4 |
| Social Security Employee | 69.7 | 567.08 |
| Federal Withholding | 97.0 | 724.0 |
| Medicare Employee | 16.3 | 132.62 |
| PA - Withholding | 34.51 | 280.79 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1124.2 | 9146.5 |
| Taxes | 229.53 | 1802.36 |
| Adjustments | -89.2 | -812.8 |

**Net Pay**      **$805.47**

Dennis Layman
\*\*\*\*\* four hundred sixty-four point nine eight

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
5670 Hanover Road Hanover, PA  17331

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 2023-10-08 |
| Period Ending: | 2023-10-14 |
| Pay Date: | 2023-10-20 |
| Total Hours: | 32.40 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| **OTHER PAY** | **Current** | **YTD** |
|---|---|---|

SSN: \*\*\*-\*\*-9336

**MEMO: Direct Deposit**

| **BENEFITS** | **Used** | **Available** |
|---|---|---|

**NET PAY: $464.98**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---|---|---|---|
| Hanover Hourly Overtime | | 0.0 | 0.0 | 333.9 |
| Hanover- Hourly- Labor | 32.4 | 21.0 | 680.4 | 10837.2 |

| **ADJUSTMENTS** | **Current** | **YTD** |
|---|---|---|
| LST- Hanover | -1.0 | -14.0 |
| Domestic Relations | -87.7 | -1052.4 |
| Domestic Relations Payment Fee | -1.5 | -18.0 |

| **TAXES** | **Current** | **YTD** |
|---|---|---|
| PA - Unemployment Employee | 0.48 | 7.82 |
| York Adams | 6.8 | 111.7 |
| Social Security Employee | 42.19 | 692.61 |
| PA - Withholding | 20.89 | 342.96 |
| Medicare Employee | 9.86 | 161.98 |
| Federal Withholding | 45.0 | 834.0 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | 680.4 | 11171.1 |
| Taxes | 125.22 | 2151.07 |
| Adjustments | -90.2 | -1084.4 |

**Net Pay**    **$464.98**

Dennis Layman
***** eight hundred fifty-three point seven six

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-01-21 |
| Period Ending: | 2024-01-27 |
| Pay Date: | 2024-02-02 |
| Total Hours: | 49.30 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $853.76**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 4276.8 |
| Getty-Hourly Overtime | 9.3 | 33.0 | 306.9 | 798.6 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations | -87.7 | -438.5 |
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations Payment Fee | -1.5 | -7.5 |

| TAXES | Current | YTD |
|---|---|---|
| York Adams | 11.87 | 54.28 |
| PA - Withholding | 36.44 | 166.62 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Medicare Employee | 17.21 | 78.7 |
| Social Security Employee | 73.59 | 336.5 |
| Federal Withholding | 104.0 | 429.0 |
| PA - Unemployment Employee | 0.83 | 3.8 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1186.9 | 5427.4 |
| Taxes | 243.94 | 1068.9 |
| Adjustments | -89.2 | -456 |

**Net Pay**     **$853.76**

Dennis Layman
***** seven hundred eighty-three point two five

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-01-14 |
| Period Ending: | 2024-01-20 |
| Pay Date: | 2024-01-26 |
| Total Hours: | 46.50 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $783.25**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly Overtime | 6.5 | 33.0 | 214.5 | 491.7 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 3396.8 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations | -87.7 | -350.8 |
| Domestic Relations Payment Fee | -1.5 | -6.0 |

| TAXES | Current | YTD |
|---|---|---|
| York Adams | 10.95 | 42.41 |
| Federal Withholding | 93.0 | 325.0 |
| PA - Unemployment Employee | 0.77 | 2.97 |
| Social Security Employee | 67.86 | 262.91 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Withholding | 33.6 | 130.18 |
| Medicare Employee | 15.87 | 61.49 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1094.5 | 4240.5 |
| Taxes | 222.05 | 824.96 |
| Adjustments | -89.2 | -366.8 |

**Net Pay**     **$783.25**

Dennis Layman
***** six hundred seventy-seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

| **EMPLOYER** | **PAY PERIOD** | |
|---|---|---|
| Weaver's Body Shop, Inc | Period Beginning | 2024-02-04 |
| Accounting Dept 55 Expedition Trl   Ste 2 | Period Ending: | 2024-02-10 |
| Gettysburg, PA  17325 | Pay Date: | 2024-02-16 |
| | Total Hours: | 42.30 |

| **EMPLOYEE** | **OTHER PAY** | **Current** | **YTD** |
|---|---|---|---|
| **Dennis Layman** | | | |
| Dennis E Layman 385 South Center Street Hanover, PA 17331 | | | |

SSN: ***-**-9336

**MEMO: Direct Deposit**

| **BENEFITS** | **Used** | **Available** | **NET PAY: $677** |
|---|---|---|---|

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---|---|---|---|
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 5940.0 |
| Getty-Hourly Overtime | 2.3 | 33.0 | 75.9 | 874.5 |

| **ADJUSTMENTS** | **Current** | **YTD** |
|---|---|---|
| Domestic Relations Payment Fee | -1.5 | -10.5 |
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations | -87.7 | -613.9 |

| **TAXES** | **Current** | **YTD** |
|---|---|---|
| Federal Withholding | 77.0 | 562.0 |
| Social Security Employee | 59.26 | 444.32 |
| PA - Withholding | 29.35 | 220.01 |
| York Adams | 9.56 | 71.67 |
| Medicare Employee | 13.86 | 103.91 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| PA - Unemployment Employee | 0.67 | 5.02 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | 955.9 | 7166.5 |
| Taxes | 189.7 | 1406.93 |
| Adjustments | -89.2 | -634.4 |

**Net Pay**    $677

Dennis Layman
***** five hundred forty-five point six seven

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-01-28 |
| Period Ending: | 2024-02-03 |
| Pay Date: | 2024-02-09 |
| Total Hours: | 35.60 |

**EMPLOYEE**

**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA
17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $545.67**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly- Labor | 35.6 | 22.0 | 783.2 | 5060.0 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |
| Getty-Hourly Overtime | | 0.0 | 0.0 | 798.6 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations Payment Fee | -1.5 | -9.0 |
| Domestic Relations | -87.7 | -526.2 |
| LST- Gettysburg | 0.0 | -10.0 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee | 11.35 | 90.05 |
| Federal Withholding | 56.0 | 485.0 |
| PA - Unemployment Employee | 0.55 | 4.35 |
| Social Security Employee | 48.56 | 385.06 |
| PA - Withholding | 24.04 | 190.66 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| York Adams | 7.83 | 62.11 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 783.2 | 6210.6 |
| Taxes | 148.33 | 1217.23 |
| Adjustments | -89.2 | -545.2 |

**Net Pay**   $545.67

Dennis Layman
***** two hundred twenty-seven point zero five

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-01-07 |
| Period Ending: | 2024-01-13 |
| Pay Date: | 2024-01-19 |
| Total Hours: | 7.80 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA 17331

| OTHER PAY | Current | YTD |
|---|---|---|

SSN: ***-**-9336

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $227.05**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty-Hourly Overtime | 7.8 | 33.0 | 257.4 | 277.2 |
| Getty-Hourly- Labor | | 0.0 | 0.0 | 2516.8 |
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| Domestic Relations Payment Fee | 0.0 | -4.5 |
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations | 0.0 | -263.1 |

| TAXES | Current | YTD |
|---|---|---|
| PA - Unemployment Employee | 0.18 | 2.2 |
| Federal Withholding | 0.0 | 232.0 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| York Adams | 2.57 | 31.46 |
| PA - Withholding | 7.9 | 96.58 |
| Medicare Employee | 3.74 | 45.62 |
| Social Security Employee | 15.96 | 195.05 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 257.4 | 3146 |
| Taxes | 30.35 | 602.91 |
| Adjustments | 0 | -277.6 |

**Net Pay**      **$227.05**

Dennis Layman
***** six hundred thirty-four point five three

Dennis Layman
Dennis E Layman 385 South Center Street
Hanover, PA 17331

**EMPLOYER**
Weaver's Body Shop, Inc
Accounting Dept 55 Expedition Trl   Ste 2
Gettysburg, PA  17325

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 2024-01-07 |
| Period Ending: | 2024-01-13 |
| Pay Date: | 2024-01-19 |
| Total Hours: | 40.60 |

**EMPLOYEE**
**Dennis Layman**
Dennis E Layman 385 South Center Street Hanover, PA
17331

SSN: ***-**-9336

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $634.53**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Getty- Hourly- Holiday | | 0.0 | 0.0 | 352.0 |
| Getty-Hourly- Labor | 40.0 | 22.0 | 880.0 | 2516.8 |
| Getty-Hourly Overtime | 0.6 | 33.0 | 19.8 | 19.8 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| LST- Gettysburg | 0.0 | -10.0 |
| Domestic Relations | -87.7 | -263.1 |
| Domestic Relations Payment Fee | -1.5 | -4.5 |

| TAXES | Current | YTD |
|---|---|---|
| PA - Unemployment Employee | 0.63 | 2.02 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Federal Withholding | 70.0 | 232.0 |
| Social Security Employee | 55.78 | 179.09 |
| PA - Withholding | 27.62 | 88.68 |
| York Adams | 9.0 | 28.89 |
| Medicare Employee | 13.04 | 41.88 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 899.8 | 2888.6 |
| Taxes | 176.07 | 572.56 |
| Adjustments | -89.2 | -277.6 |

**Net Pay**   **$634.53**



**Review Paycheck**

**Dennis E Layman**

PAY PERIOD 03/17/2024 - 03/23/2024

☑ Use Direct Deposit    CLASS  GETTYSBURG

### Earnings

| ITEM NAME | RATE | HOURS | QUANTITY | CUSTOMER:JOB |
|---|---|---|---|---|
| Getty-Hourly- Labor | 22.00 | 40.00 | | |
| Getty-Hourly Overtime | 33.00 | 3.40 | | |
| Getty- Hourly- Holiday | 22.00 | | | |
| Getty- Hourly- Vacation | 22.00 | | | |

SICK AVAILABLE  0.00
VACATION AVAIL.  40.00
SICK ACCRUED
VAC. ACCRUED

☐ Do not accrue sick/vac

TOTALS   1,192.20   43.40 hrs

### Other Payroll Items

| ITEM NAME | RATE | QUANTITY |
|---|---|---|
| LST- Gettysburg | -10.00 | |
| Domestic Relatio... | -87.70 | |
| Domestic Relatio... | -1.50 | |

### Employee Summary

How are these items calculated?

| ITEM NAME | AMOUNT | YTD |
|---|---|---|
| Getty-Hourly- Labor | 880.00 | 10,936.20 |
| Getty-Hourly Overtime | 112.20 | 1,468.50 |
| Getty- Hourly- Holiday | 0.00 | 352.00 |
| Getty- Hourly- Vacation | 0.00 | 0.00 |
| Getty- Commissions | 200.00 | 450.00 |
| LST- Gettysburg | 0.00 | -10.00 |
| Domestic Relations | -87.70 | -1,140.10 |
| Domestic Relations Paym... | -1.50 | -19.50 |
| York Adams | -11.92 | -132.07 |
| Medicare Employee Addl T... | 0.00 | 0.00 |

### Company Summary

How are these items calculated?

| ITEM NAME | AMOUNT | YTD |
|---|---|---|
| Social Security Company | 73.92 | 818.82 |
| Medicare Company | 17.29 | 191.50 |
| Federal Unemployment | 0.00 | 42.00 |
| PA - Unemployment Comp... | 0.00 | 305.70 |

Net Pay:   857.44

OK     Cancel     Help

⦿ Lock Net Pay   ○ Unlock Net Pay   ☐ Enter net/Calculate gross