UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dennis Edward Layman Jr,

Debtor.

Case No. 24-00833 HWV

Chapter 13

### Order Granting Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) ("the Schedules") on or before May 3, 2024.

3. This case may be dismissed without further notice if the Schedules are not filed by May 3, 2024.

4. Any request for an extension of time must be filed prior to the expiration of the deadline of May 3, 2024.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 25, 2024