```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
440001101050000000     PENN TP
YCGIS REGISTRY 02/14/2020 BY KD
```

PARCEL NO.

**PENNSYLVANIA**
COUNTY OF **YORK**

[LAYMAN]

WHEN RECORDED MAIL TO:
THE MONEY SOURCE INC., 135 MAXESS ROAD, MELVILLE, NY 11747-3801, PH. 208-528-9895

# ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt whereof is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR 1ST ALLIANCE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS** located at **1901 E VOORHEES STREET SUITE C, DANVILLE, IL 61834** or **P.O. Box 2026, FLINT, MICHIGAN 48501-2026**, Assignor, does hereby grant, bargain, assign, transfer, convey, and set over unto **THE MONEY SOURCE INC.** located at **500 SOUTH BROAD STREET SUITE 100A, MERIDEN, CT 06450**, Assignee, its successors and assigns, that certain Mortgage dated **JUNE 07, 2018** executed by **DENNIS EDWARD LAYMAN JR. A SINGLE MAN**, Mortgagor, to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR 1ST ALLIANCE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS**, Original Mortgagee, in the amount of **$97,375.00** and recorded on **JUNE 21, 2018** in the Office of the Register, Recorder, or County Clerk of **YORK** County, State of **PENNSYLVANIA**, in Book 2475 at Page 2249 as Document No. 2018025824, more particularly described and commonly known as:
**AS DESCRIBED IN SAID MORTGAGE**
Property Address: **385 S CENTER STREET, HANOVER, PA 17331**
**TOWNSHIP OF PENN**
TOGETHER WITH all rights, title, and interest in and to the premises, accrued or to accrue under said Mortgage.
TO HAVE AND HOLD the same unto Assignee, its successors and assigns, to Assignees proper use and benefit.

Page 1 of 2

**MERS PHONE: 1-888-679-6377**

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on Feb 11 2020

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR 1ST ALLIANCE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS**

_signature_ 2.11.2020

Name: Gretchen Kessner,
Title: Assistant Vice President

STATE OF ARIZONA COUNTY OF MARICOPA ) ss.

On Feb 11 2020 before me, Toni Schminke personally appeared Gretchen Kessner known to me to be the Assistant Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR 1ST ALLIANCE LENDING, LLC, ITS SUCCESSORS AND ASSIGNS the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

_signature_ (COMMISSION EXP. 05-02-2021)
NOTARY PUBLIC

TONI SCHMINKE
Notary Public · Arizona
Maricopa County
My Comm. Expires May 2, 2021

I do hereby certify that the precise address of the Assignee Residence is:
**THE MONEY SOURCE INC., 500 SOUTH BROAD STREET SUITE 100A, MERIDEN, CT 06450**

_signature_ 2.11.2020
Name: Gretchen Kessner
Title: Assistant Vice President



YORK COUNTY RECORDER OF DEEDS
28 EAST MARKET STREET
YORK, PA  17401

*Laura Shue - Recorder*
*Tina M. Channell - Deputy*

| | |
|---|---|
| Instrument Number - 2020007448 | Book - 2559   Starting Page - 1826 |
| Recorded On 2/14/2020 At 11:26:54 AM | * Total Pages - 3 |
| * Instrument Type - ASSIGNMENT OF MORTGAGE | |
| Invoice Number - 1357566 | |
| * Grantor - LAYMAN, DENNIS EDWARD JR | |
| * Grantee - MONEY SOURCE INC | |
| User -  DLW | * Received By: |
| * Customer - MANLEY DEAS KOCHALSKI LLC | |

```
* FEES
    STATE WRIT TAX              $0.50
    JCS/ACCESS TO JUSTICE      $40.25
    RECORDING FEES             $13.00
    PIN NUMBER FEES            $10.00
    COUNTY ARCHIVES FEE         $2.00
    ROD ARCHIVES FEE            $3.00
    TOTAL PAID                 $68.75
```

PARCEL IDENTIFICATION NUMBER
   4400011010500000000
Total Parcels: 1

I Certify This Document To Be
Recorded In York County, Pa.

*Laura Shue*
Recorder of Deeds

*THIS IS A CERTIFICATION PAGE*

## PLEASE DO NOT DETACH

*THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT*

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **2559**  Page: **1828**