IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 1:24-bk-00833-HWV |
|---|---|
| DENNIS EDWARD LAYMAN, JR<br>　　　　Debtor, | Chapter 13 |
| SERVBANK, SB,<br>　　　　Movant, | |
| v. | |
| DENNIS EDWARD LAYMAN, JR, and<br>JACK N. ZAHAROPOULOS, Trustee,<br>　　　　Respondents. | |

CERTIFICATE OF SERVICE

　　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on May 6, 2024, I served copies of Movant Servbank, SB's Objection to Confirmation of Chapter 13 Plan filed March 15, 2024 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Dennis Edward Layman, Jr<br>385 S Center St<br>Hanover, PA 17331-3482 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102 |

　　　　　　　　　　　　　　　　　　By: /s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135

　　　　　　　　　　　　　　　　　　*Counsel for Servbank, SB*