In re:

Case No. 24-00833-HWV

Dennis Edward Layman, Jr

Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                 User: AutoDocke                Page 1 of 2

Date Rcvd: May 09, 2024              Form ID: ntcnfhrg                Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dennis Edward Layman, Jr, 385 S Center St, Hanover, PA 17331-3482 |
| 5608611 | + | Credit Bureau Of York, 33 S Duke St, York, PA 17401-1485 |
| 5608614 | | Penn Township Tax Collector, 20 Wayne Ave Ste 3, Hanover, PA 17331-3313 |
| 5608617 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5608618 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 5608622 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5608625 | | York County Tax Claim Bureau, 28 E Market St Rm 105, York, PA 17401-1587 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | | Servbank, SB, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| | | | May 09 2024 18:50:00 | |
| 5608607 | | Email/PDF: acg.coaf.ebn@aisinfo.com | | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| | | | May 09 2024 19:05:39 | |
| 5608608 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| | | | May 09 2024 19:05:35 | |
| 5608609 | ^ | MEBN | | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| | | | May 09 2024 18:46:05 | |
| 5608610 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | Cit Bank Na/loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| | | | May 09 2024 18:50:00 | |
| 5608612 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| | | | May 09 2024 18:50:00 | |
| 5613175 | | Email/PDF: resurgentbknotifications@resurgent.com | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | May 09 2024 19:05:35 | |
| 5608613 | + | Email/PDF: resurgentbknotifications@resurgent.com | | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| | | | May 09 2024 19:05:31 | |
| 5608615 | | Email/Text: fesbank@attorneygeneral.gov | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| | | | May 09 2024 18:50:00 | |
| 5608616 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| | | | May 09 2024 18:50:00 | |
| 5608617 | ^ | MEBN | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| | | | May 09 2024 18:48:42 | |
| 5608619 | | Email/Text: BK@servicingdivision.com | | The Money Source Inc., Attn: Bankruptcy, 3138 E Elwood St Ste 200, Phoenix, AZ 85034-7210 |
| | | | May 09 2024 18:50:00 | |

| 5608620 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | May 09 2024 18:50:00 | Transworld Sys Inc/51, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |
| 5608621 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | May 09 2024 18:50:00 | Transworld System Inc, PO Box 15630, Wilmington, DE 19850-5630 |
| 5608623 | ^ | MEBN | | |
| | | | May 09 2024 18:47:15 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5608624 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | May 09 2024 18:54:05 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024                    Signature:                    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Servbank SB kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael A. Cibik | on behalf of Debtor 1 Dennis Edward Layman Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dennis Edward Layman Jr,                          Chapter          13

**Debtor 1**
                                                  Case No.         1:24−bk−00833−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 5, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 12, 2024 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2024 |

ntcnfhrg (08/21)