UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| Dennis Edward Layman Jr., | Case No. 24-00833-HWV |
|---|---|
| *Debtor.* | Chapter 13 |

## Notice

The confirmation hearing on the First Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: <u>July 24, 2024 at 9:30 a.m.</u>

Location: <u>U.S. Courthouse, 1501 N. 6th St., Harrisburg, PA</u>

The deadline for filing objections to confirmation of the Plan is: <u>July 17, 2024</u>

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: June 11, 2024　　　　　　　　　　　Mike Assad (#330937)
　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　help@cibiklaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*