# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Dennis Edward Layman, Jr.

Debtor(s)

Chapter: 13

Case No.: 1-24-bk-00833

## **NOTICE**

The confirmation hearing on the Second Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: November 6, 2024    Time: 9:30 A.M.

Location: Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg, PA 17102

The deadline for filing objections to confirmation of the Plan is: October 30, 2024.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: September 23, 2024    Filed by: /s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
Counsel for Debtors
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com