# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
## Harrisburg Division

| | |
|---|---|
| Dennis Edward Layman Jr., <br><br> *Debtor*. | Case No. 24-00833-HWV <br> Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Second Amended Chapter 13 Plan

- Notice of Confirmation Hearing

Dated: September 23, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com

# Mailing List Exhibit

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

BGE
PO Box 1475
Baltimore, MD 21203-1475

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd Plano, TX
75024-2302

Cbusasears
Po Box 6217
Sioux Falls, SD 57117-6217

Chime/Stride Bank
Attn: Bankruptcy
PO Box 417
San Francisco, CA 94104-0417

Cit Bank Na/loancare
3637 Sentara Way
Virginia Beach, VA 23452-4262

Credit Bureau Of York
33 S Duke St
York, PA 17401-1485

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Penn Township Tax Collector
20 Wayne Ave Ste 3
Hanover, PA 17331-3313

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
ATTN ATTENTION FINANCIAL
ENFORCEMENT SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Servbank, SB
3138 E Elwood St
Phoenix, Arizona 85034-7210

Target
c/o Financial & Retail Srvs Mailstop BT
Minneapolis, MN 55440

The Money Source Inc.
Attn: Bankruptcy
3138 E Elwood St Ste 200
Phoenix, AZ 85034-7210

Transworld Systems, Inc./51
Attn: Bankruptcy
PO Box 15630
Wilmington, DE 19850-5630

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Wells Fargo Dealer Services
Attn: Bankruptcy 1100 Corporate Center D
Raleigh, NC 27607-5066

York County Tax Claim Bureau
28 E Market St Rm 105
York, PA 17401-1587