UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | ) | |
|---|---|---|
| | ) | Case No. 24-00833-HWV |
| Dennis Edward Layman, | ) | |
| Debtor. | ) | Chapter 13 |

## **ORDER**

    Upon consideration of the Motion to Dismiss Case filed by Debtor Dennis Edward Layman, it is

    **ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: