United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                           Case No. 24-00833-HWV

Dennis Edward Layman, Jr                                                            Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                         User: AutoDocke                                      Page 1 of 2

Date Rcvd: Jan 07, 2025                                 Form ID: pdf010                                       Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dennis Edward Layman, Jr, 385 S Center St, Hanover, PA 17331-3482 |
| 5608611 | #+ | Credit Bureau Of York, 33 S Duke St, York, PA 17401-1485 |
| 5608614 | | Penn Township Tax Collector, 20 Wayne Ave Ste 3, Hanover, PA 17331-3313 |
| 5608618 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 5608622 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5608625 | | York County Tax Claim Bureau, 28 E Market St Rm 105, York, PA 17401-1587 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Jan 07 2025 18:46:00 | Servbank, SB, Servbank, SB, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jan 07 2025 18:46:00 | Servbank, SB, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5617413 | + | Email/Text: BGEBankruptcy@BGE.com | Jan 07 2025 18:46:00 | BGE, PO Box 1475, Baltimore, MD 21203-1475 |
| 5608607 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 07 2025 18:54:09 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 5608608 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2025 18:54:09 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5608609 | ^ | MEBN | Jan 07 2025 18:45:28 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 5608610 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 07 2025 18:46:00 | Cit Bank Na/loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5608612 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2025 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5613175 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2025 18:54:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5608613 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2025 18:54:21 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5608615 | | Email/Text: fesbank@attorneygeneral.gov | Jan 07 2025 18:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5608616 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2025 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA |

| | | | | |
| --- | --- | --- | --- | --- |
| 5608617 | ^ | MEBN | Jan 07 2025 18:45:56 | 17129-0001 Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5617408 | + | Email/Text: BK@servicingdivision.com | Jan 07 2025 18:46:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5608619 | | Email/Text: BK@servicingdivision.com | Jan 07 2025 18:46:00 | The Money Source Inc., Attn: Bankruptcy, 3138 E Elwood St Ste 200, Phoenix, AZ 85034-7210 |
| 5608620 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 07 2025 18:46:00 | Transworld Sys Inc/51, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |
| 5608621 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 07 2025 18:46:00 | Transworld System Inc, PO Box 15630, Wilmington, DE 19850-5630 |
| 5608623 | ^ | MEBN | Jan 07 2025 18:45:41 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5608624 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 07 2025 18:54:21 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Servbank  SB kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael A. Cibik | on behalf of Debtor 1 Dennis Edward Layman  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 1:24-bk-00833-HWV
Dennis Edward Layman, )
)
Debtor. ) Chapter 13

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Debtor Dennis Edward Layman, Doc. 39, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 7, 2025